IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VINCENT VARNEY,

    Plaintiff,

  v.

TERRY COLLINS,

    Defendant.

Case No. 2:09-cv-576
JUDGE GREGORY L. FROST
Magistrate Judge Mark R. Abel

# ORDER

This matter is before the Court pursuant to the April 1, 2010 Report and Recommendation of the Magistrate Judge (Doc. #17) recommending the denial of the December 17, 2009 motion of Defendant Terry Collins for judgment on the pleadings (Doc. #10). No party has filed objections to this report and recommendation, and Defendants have subsequently moved for summary judgment. Accordingly, upon *de novo* review, this Court **ADOPTS** the Report and Recommendation (Doc. #17) and **DENIES** Defendant Terry Collins' motion for judgment on the pleadings (Doc. #10).

    **IT IS SO ORDERED.**

      /s/ Gregory L. Frost
      GREGORY L. FROST
      UNITED STATES DISTRICT JUDGE